NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Matthew L. Seror (SBN: 235043)
  mseror@buchalter.com
BUCHALTER, APC
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017
T: (213) 891-0700
F: (213) 896-0400
ATTORNEY(S) FOR: Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAUBER BROTHERS, INC., etc.<br><br>Plaintiff(s),<br>v.<br><br>KELLWOOD COMPANY, etc., et al.<br><br>Defendant(s) | CASE NUMBER:<br>2:18-cv-01611-DMG-KS<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for KELLWOOD COMPANY, THE NEIMAN MARCUS GROUP, LLC, LORD & TAYLOR, LLC, and SAKS & COMPANY, LLC or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| KELLWOOD COMPANY | DEFENDANT |
| THE NEIMAN MARCUS GROUP, LLC | DEFENDANT |
| LORD & TAYLOR, LLC | DEFENDANT |
| SAKS & COMPANY, LLC | |

May 2, 2018
Date

/S/
Signature
MATTHEW L. SEROR

Attorney of record for (or name of party appearing in pro per):