# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAUBER BROTHERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KELLWOOD COMPANY; *et al*, <br><br> Defendants. | Case No.: CV 18-1611-DMG (KSx) <br><br> **ORDER ON STIPULATION TO DISMISSAL WITH PREJUDICE OF ENTIRE ACTION [47]** |

Plaintiff Klauber Brothers, Inc. ("Plaintiff") and Defendants Kellwood Company, LLC, Lord & Taylor, LLC, Neiman Marcus Group Ltd LLC and Saks Fifth Avenue LLC (collectively, "Defendants," and together with Plaintiff, the "Parties"), have stipulated and agreed, pursuant to Federal Rule of Civil Procedure 41(a), that (1) all of Plaintiff's claims against Defendants in the above action are dismissed with prejudice; (2) the Parties shall bear their own costs and attorney's fees; and (3) this Court shall retain jurisdiction over this action, the Parties and over the settlement agreement entered into between the Parties in order to enforce the terms of the settlement agreement.

-1-

[

The Court having considered the stipulation and good cause appearing, the Court hereby orders:

1. All of Plaintiff's claims against Defendants in the above action are dismissed with prejudice;
2. The Parties shall bear their own costs and attorney's fees; and
3. This Court shall retain jurisdiction over this action, the Parties and the settlement agreement entered into between the Parties in order to enforce the terms of the settlement agreement and resolve any disputes between the Parties which arise under the settlement agreement.

IT IS SO ORDERED.

DATED: June 4, 2019

                                  DOLLY M. GEE
                                  UNITED STATES DISTRICT JUDGE